ELIZABETH F. ROJAS,
CHAPTER 13 TRUSTEE
15260 VENTURA BOULEVARD
SUITE 710
SHERMAN OAKS, CALIFORNIA 91403
PHONE:      (818) 933-5700
FACSIMILE:  (818) 933-5755

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA –SAN FERNANDO VALLEY DIVISION

|  |  |
|---|---|
| In re,<br><br>SALLY BELTRAN<br><br><br><br><br><br>Debtor(s)<br>_____ | ) Case No. 1:20-bk-10173-VK<br>)<br>)<br>) Chapter 13<br>)<br>)<br>) TRUSTEE'S NOTICE OF MOTION AND<br>) MOTION TO DISMISS CHAPTER 13 CASE<br>) DUE TO MATERIAL DEFAULT OF THE<br>) PLAN PURSUANT TO §1307(c)(6)<br>) FAILURE TO SUBMIT ALL TAX<br>) RETURNS AND/OR TAX REFUNDS;<br>) DECLARATION OF ELIZABETH F. ROJAS<br>) IN SUPPORT THEREOF.<br>)<br>) DATE          February 14, 2023<br>) TIME:         10:30 a.m.<br>) LOCATION:   Via Zoom.Gov |

**TO THE HONORABLE VICTORIA KAUFMAN, UNITED STATES**

**BANKRUPTCY JUDGE, THE DEBTOR(S) AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the Chapter 13 Trustee, Elizabeth F. Rojas, hereby

moves for an order dismissing this case pursuant to 11 U.S.C. §1307(c)(6) due to

material default by the Debtor(s) with respect to a term of the confirmed plan.

Specifically, the Debtor(s) have failed to produce all Federal & State Income Tax Returns for the Trustee's inspection and review along with copies of the most recent forms W-2 and/or 1099, and a recent paystub if employed as required by Local Bankruptcy Rule 3015-1(o), and/or the Debtor(s) have failed to turn over all required Federal and State tax refunds less any amounts specified in the confirmation order.

     **Pursuant to Local Bankruptcy Rule 9013-1(f)(1), notice is further given that any person opposing this motion shall, not later than fourteen (14) days prior to the above-referenced hearing date, serve upon the Chapter 13 Trustee and file with the clerk's office, a written statement explaining all reasons in opposition thereto.**

     This Motion is based on this Notice, the Declaration of Elizabeth F. Rojas and any further argument and evidence offered at the hearing.

Dated: 8ᵗʰ January 2023

_____

ELIZABETH F. ROJAS
Chapter 13 Trustee

## I. STATEMENT OF FACTS:

On **May 20, 2020,** this Court confirmed the Debtor(s)' chapter 13 plan which requires the Debtor(s) to produce a copy of all Federal & State Income Tax Returns during the plan term for my Office's inspection and review.

The Debtor(s) have failed to produce a copy of all post-confirmation Federal & State Income Tax Returns and form W-2 and/or 1099, and most recent paystub if employed and is therefore in material breach of the order confirming the plan.

The Debtor(s) have failed to produce Federal & State Income Tax Returns for the following tax year(s):...

The Debtor(s) have failed to turn over any applicable Federal and State Tax Refunds for **2021$ 1,340** and therefore are in material breach of the order confirming the plan.

## II. POINTS AND AUTHORITIES

Pursuant to Local Bankruptcy Rule 3015-1(o):

For each year a case is pending after the confirmation of a plan, the debtor must provide to the chapter 13 trustee within 14 days after the return is filed with the appropriate tax agencies a copy of: (1) the debtor's federal and state tax returns; (2) any request for extension of the deadline for filing a return; and (3) the debtor's forms W-2 and 1099. The debtor must timely file with the appropriate tax authority all tax returns that come due after commencement of the case.

LBR 3015-1(o).

The Order Confirming Plan includes a provision that: "During the plan term, Debtor must turn over to the Chapter 13 Trustee all tax refunds in excess of $500 (combined federal and state) per year."

The Trustee has a right to request dismissal of the Petition. 11 U.S.C. §1307(c)(6) states the Trustee may request dismissal, after a notice and a hearing under this chapter, whichever is in the best interests of the creditors and the estate, including material default by the Debtor with respect to a term of a confirmed plan.

In the instant case, since the Debtor(s) failed to timely submit tax returns and/or failed to pay tax refunds into the plan in violation of the order confirming the plan, the petition should be dismissed.

## III.        CONCLUSION

Wherefore the Chapter 13 Trustee prays that the Court dismiss the petition, and for any other relief as the Court deems appropriate.

DATED: 8th January 2023

_____
ELIZABETH F. ROJAS
Chapter 13 Trustee

## DECLARATION OF ELIZABETH F. ROJAS

I, Elizabeth F. Rojas, declare as follows:

1.    I am the duly appointed, qualified and standing Chapter 13 Trustee in this case and by virtue thereof, I have personal knowledge of files and records kept by my office in the regular course of business.   I have personally reviewed the files and records kept by my office in the within case.   The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called to do so.

2.    On **May 20, 2020,** this Court confirmed the Debtor(s)' chapter 13 plan which requires the Debtor(s) to produce a copy of all Federal & State Income Tax Returns during the plan term for my Office's inspection and review.

3.    <u>The Debtor(s) have failed to produce a copy of all post-confirmation Federal & State Income Tax Returns and form W-2 and/or 1099, and most recent paystub if employed and are therefore in material breach of the order confirming the plan.</u>

4.    The Debtor(s) have failed to produce Federal & State Income Tax Returns for the following tax year(s): and therefore are in material breach of the order confirming the plan.

//

5.    The Debtor(s) have failed to turn over any applicable Federal and State Tax Refunds for the following tax year(s): **2021 $1,340,** and therefore are in material breach of the order confirming the plan

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED: 8th January 2023

_____
ELIZABETH F. ROJAS
Chapter 13 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15260 VENTURA BOULEVARD, SUITE 710 SHERMAND OAKS, CA 91403

A true and correct copy of the foregoing document entitled (*specify*): TRUSTEE'S NOTICE OF
MOTION AND MOTION TO DISMISS CHAPTER 13 CASE DUE TO MATERIAL DEFAULT: FAILURE TO SUBMIT
TAX RETURNS AND/OR TAX REFUNDS

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
01/09/2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

RABIN POURNAZARIAN                     EN OTICE@PRICELAWGROUP.COM
UNITED STATES TRUSTEE (SV)             USTREGION16.SV.ECF@USDOJ.GOV

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*)___01/09/2023_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SALLY BELTRAN  12874 BROMONT AVE SAN FERNANDO, CA 91340

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 01/09/2023 | GISELE DORSEY | *Gisele Dorsey* |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**