JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for
U.S. Bank National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC4, its assignees and/or successors, by and through its servicing agent Nationstar Mortgage LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Sally Beltran,<br><br>    Debtor. | ) Case No.  1:20-bk-10173-VK<br>)<br>)<br>) Chapter 13<br>)<br>)<br>)<br>) **NON-OPPOSITION TO DEBTOR'S**<br>) **MOTION FOR AUTHORITY TO SELL**<br>) **REAL PROPERTY UNDER LBR 3015-1(p)**<br>) **[Dkt. #122]**<br>)<br>)<br>) Property: 12874 Bromont Avenue, Los<br>) Angeles, CA 91340<br>)<br>)<br>)<br>)<br>)<br>) |

U.S. Bank National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC4, its assignees and/or successors, by and through its servicing agent Nationstar Mortgage LLC ("Nationstar") hereby

1  submits the following Non-Opposition to the Motion for Authority to Sell Real Property under
2  LBR 3015-1(p) ("Motion") filed by Sally Beltran ("Debtor").

3  Nationstar is entitled to receive payments per the terms of a Promissory Note dated
4  06/01/2006 in the original principal amount of $444,000.00 which is secured by a first Deed of
5  Trust of the same date for the real property commonly known as 12874 Bromont Avenue, Los
6  Angeles, CA 91340 ("Property").

7  Pursuant to 11 U.S.C. §363(f), a Secured Creditor is entitled to the full payment of their
8  claim. Nationstar has no opposition to Debtor's Motion so long as the lien of Nationstar is paid
9  off in full satisfaction of the debt.

11  Based upon the foregoing, Nationstar respectfully requests any Order granting Debtor's
12  Motion include the below language:

> The loan secured by a first lien on real property located at 12874 Bromont
> Avenue, Los Angeles, CA 91340 will be paid in full as of the date of the closing
> of the sale, and the sale will be conducted through an escrow and based on a non-
> expired contractual payoff statement received directly from Nationstar Mortgage,
> LLC.

Dated: 07/07/2023

Respectfully submitted,
McCarthy & Holthus, LLP

By:  /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorneys for U.S. Bank National
Association, as Trustee for Specialty
Underwriting and Residential Finance
Trust Mortgage Loan Asset-Backed
Certificates, Series 2006-BC4, its
assignees and/or successors, by and
through its servicing agent Nationstar
Mortgage LLC

M&H File No. CA-21-166379

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2763 Camino Del Rio S., Suite 100
San Diego, CA 92108

A true and correct copy of the foregoing document entitled (*specify*): **NON-OPPOSITION TO DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY UNDER LBR 3015-1(p)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/7/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**TRUSTEE**
Elizabeth (SV) F Rojas (TR)
cacb_ecf_sv@ch13wla.com

**DEBTOR(S) COUNSEL**
Rabin J Pournazarian
enotice@pricelawgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/7/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Sally Beltran, 12874 Bromont Avenue, San Fernando, CA 91340

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/7/2023 | Hue Banh | /s/ Hue Banh |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**