| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Rabin J. Pournazarian, Bar No. 186735<br>Price Law Group, APC<br>6345 Balboa Blvd., Suite 247<br>Encino, CA 91316<br>Telephone: 818-995-4540<br>Facsimile: 818-995-9277<br>rabin@pricelawgroup.com | **FILED & ENTERED**<br><br>JUL 18 2023<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY gasparia  DEPUTY CLERK |
| ☐ *Debtor appearing without attorney*<br>☒ *Attorney for:* Debtor<br>☐ *Chapter 13 trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

In re:

SALLY BELTRAN

Debtor(s).

CASE NO.: 1:20-bk-10173-VK

CHAPTER: 13

**ORDER ON:**
☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**
☐ **OTHER:**

☒ No hearing held
☐ Hearing held

Based on Debtor's motion filed on (*date*) 6/16/2023 as docket entry number 122 and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐    Granted         ☐    Denied

☒    Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtors' motion.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                       Page 1                                        **F 3015-1.14.ORDER.CH13.GENRL**

1. **THE PLAN PERCENTAGE IS INCREASED TO 100% TO UNSECURED CREDITORS;**
2. **THE STATUTORY TRUSTEE FEE APPLIES TO CLAIMS PAID THROUGH ESCROW THAT WOULD HAVE BEEN PAID THROUGH THE PLAN, INCLUDING CLAIMS THAT WERE NOT DISCLOSED IN THE SCHEDULES, AND ATTORNEY FEES PAID THROUGH ESCROW;**
3. **NO ATTORNEY FEES TO BE PAID THROUGH ESCROW UNLESS AUTHORIZED IN THE ORDER ON THE MOTION TO SELL OR BY SEPARATE FEE APPLICATION; AND**
4. **THE TRUSTEE WILL DEMAND $46,000 WITH THE UNDERSTANDING THAT, IF THE SALE PROCEEDES ARE NOT SUFFICIENT TO PAY OFF THE PLAN BALANCE, ADDITIONAL FUNDS WILL BE REQUIRED TO COMPLETE THE PLAN.**

☒ Granted on the following conditions:

**The loan secured by a first lien on real property located at 12874 Bromont Avenue, Los Angeles, CA 91340 will be paid in full as of the date of the closing of the sale, and the sale will be conducted through an escrow and based on a nonexpired contractual payoff statement received directly from Nationstar Mortgage, LLC**

☐ Set for hearing on (*date*) _____ at (*time*) _____ .

###

Date: July 18, 2023

Victoria S. Kaufman
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* — Page 2 — F 3015-1.14.ORDER.CH13.GENRL